November 1, 2004                       1:04-CV-1320

Leonard K. Iacono

Reg. No. 11234-067

F.C.I. ELKTON, UNIT D-A

P.O. Box 10

Lisbon, OH

        44432-0010

FILED
HARRISBURG, PA

NOV 0 4 2004

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

UNITED STATES COURTHOUSE

228 Walnut Street

P.O. Box 983

Harrisburg, P.A.

        17108

RE: Filing of 2255 Habeas Corpus Motion
    and Status of the filing, scheduling, responses etc.[IACONO V. U.S.A.]

Dear Clerk;

    I am writing to your attention because I have recently sent a 28 U.S.C.§
2255 Pro-se Motion to your attention, and I would like to know the status
of that filing.  I should have received an acknowledgement from you regarding
this,and the Court should have Issued an Order to the United States Attorney
requesting a response to the Grounds which I have presented within 30 days,
however, I have **not** received anything.  Please check your files and advise
me if you have recieved it docketed and scheduled it for the Court's review.

    Thank you very much for your cooperation, I will await your responses
accordingly.

                            Sincerely,

                            Leonard K. Iacono
                            Leonard K. Iacono
                            Pro-se Plaintiff





LEONARD IACONO
F.C.I ELKTON
P.O. BOX 10
LISBON OH. 44432

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
228 WALNUT STREET
P.O BOX 983
HARRISBURG, PA 17108