Dear Clerk

Re United States v. Leonard Iacono
Docket No: 1:CR-01-361-001

Could you please send me the Governments answer to my 2255. I have no answer from the Asst. United States Attorney in this case and would like to no the current status of my case

Thank you for your cooperation

Sincerely

Leonard K Iacono

Leonard K Iacono 11234-067
F.C.I Elkton P.O Box 10
Lisbon OH 44432

**FILED**
HARRISBURG, PA

MAR 03 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk





LEONARD KIACONO 11234-067
F.C.I ELKTON P.O BOX 16
Lisbon OH 44432

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
United States Courthouse
228 WALNUT STREET
P.O Box 983
Harrisburg, PA 17108

17108+09833 11