PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
## Middle District of Pennsylvania/Harrisburg

## Report on Offender Under Supervision

Name of Offender: Leonard Iacono                Case Number: 1:CR-01-361-01

Name of Sentencing Judicial Officer: The Honorable Yvette Kane

Date of Original Sentence: November 21, 2002

Original Offense: Possession of a Firearm by a Convicted Felon, 18 USC § 922(g)(1); Possession of a Firearm by a Person who is an Unlawful User of or Addicted to Controlled Substances, 18 USC § 922(g)(3)

Original Sentence: 60 months imprisonment on each count, to be served concurrently; 2 years supervised release on each count, to be served concurrently; $1,000 fine

Type of Supervision: Supervised Release        Date Supervision Commenced: May 30, 2007

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Special Condition** | **"The defendant shall pay any balance of the fine imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $50."** |
| | Mr. Iacono has not made any fine payments since his release from prison. He currently owes a balance of $428.42. |

U.S. Probation Officer Action:

The probation officer verbally reprimanded Mr. Iacono for his failure to pay and provided him with the current balance on his fine. Mr. Iacono has indicated that he will pay the full amount within the month.

Unless otherwise directed by the Court, the probation officer will monitor Mr. Iacono's compliance with his conditions. His failure to fulfill his financial obligation will be brought to Your Honor's attention for further Court action, if needed.

Respectfully submitted,

by        Julie M. Persinger

Julie M. Persinger
U.S. Probation Officer
Date: November 20, 2007

Report on Offender
Under Supervision
Page 2

---

[✓] Recommendation approved
[ ] Submit a Request for Modifying the Condition or Term of Supervision:
[ ] Submit a Request for Warrant or Summons
[ ] Other



_____
Signature of Judicial Officer

_12 · 3 · 07_
_____
Date